Herman Franck, Esq. (SB #123476)
Elizabeth Betowski, Esq. (SB #245772)
**FRANCK & ASSOCIATES**
910 Florin Road, Suite 212
Sacramento, CA 95831
Tel. (916) 447-8400
Fax (916) 447-0720

Attorneys for Plaintiff Pa Yang

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
[UNLIMITED JURISIDICTION]

| | |
|---|---|
| PA YANG,<br><br>Plaintiff,<br><br>v.<br><br>WA TOU MOUA; SAI MOUA LEE; TONG MOUA aka TOOJ MOUA; ONG MOUA LEE aka OONG MOUA; WA NOM TOOJ VUE aka WA NAO TONG VUE; and NYIAJ HAWJ MOUA aka NGIA HER MOUA; MEE THAO aka A. THAO aka MIM THOJ<br><br>Defendants | Case No. 4:17-cv-02310-WHO<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1); ORDER THEREON** |

The parties hereby jointly submit pursuant to Fed.R.Civ.Pro. Rule 41(a) this request for a voluntary dismissal of the entire action without prejudice.

The court may issue an order incorporating this stipulation and joint request for voluntary dismissal.

*Yang v. Moua et al.*
Request for Dismissal

1

SO STIPULATED:

_[signature]_  Date: August 14, 2017
Herman Franck, Esq.
Elizabeth Betowski, Esq.
Attorneys for Plaintiff
Pa Yang



_[signature]_  Dated: August 14, 2017
Pahoua C. Lor, Esq.
Attorney for Defendants
Wa Tou Moua; Sai Moua Lee;
Ong Moua Lee aka Oong Moua;
Tong Moua aka Tooj Moua

# ORDER BASED ON STIPULATION

The court accepts the foregoing stipulation of the parties, and ORDERS that this case is dismissed without prejudice.

SO ORDERED:

_/s/ W. H. Orrick_  
Hon. William H. Orrick
Judge, USDC, Northern District of California

Date: August 15, 2017

*Yang v. Moua et al.*
Request for Dismissal

3